**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COREY SIPKIN PHOTOGRAPHY LLC,<br>     Plaintiff,<br>     v.<br>ALEX MARSHALL STUDIOS, INC.,<br>     Defendant. | Case No.:  2:24-cv-02070-DJC-AC<br><br>**ORDER** |

Before the Court is Defendant's pro se request for 60-day extension of time, ECF No. 5.  Therein, Defendant advised that she conferred with opposing counsel and that opposing counsel agreed to the extension.  Based on Defendant's representations, good cause having been shown, the Court GRANTS Defendant's request.  Defendant shall respond to Plaintiff's Complaint within sixty (60) days after service of this order.

IT IS SO ORDERED.

Dated:  October 8, 2024          /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE

1