UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY SIPKIN PHOTOGRAPHY LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEX MARSHALL STUDIOS INC,<br><br>    Defendant. | Case No.:  2:24-cv-02070-DJC-AC<br><br>**ORDER** |

On October 8, 2024, the Court granted Defendant's motion for extension of time and ordered Defendant to respond to Plaintiff's Complaint within sixty (60) days after service of the order.  (ECF No. 6).  To date, Defendant has failed to comply with this Court's Order and has not requested additional time to do so.  Accordingly, Defendant shall SHOW CAUSE, in writing, within seven (7) days after service of this order, why the Court should not impose sanctions, including monetary sanctions for Defendant's failure to comply with an order of the Court.  See Fed. R. Civ. P. 41(b). See also E.D. Cal. L.R. 110.

    IT IS SO ORDERED.

Dated:  March 11, 2025              /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE